UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JARVIS CHAD WILLIAMS                                            CIVIL ACTION

VERSUS                                                                         NO: 11-0153- MLCF-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

### O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 15) is granted and the motion of the plaintiff, Charles Sibley, for summary judgment (Rec. doc. 12) is denied.

New Orleans, Louisiana, this ___ day of November, 2011

UNITED STATES DISTRICT JUDGE